708 A.2d 690

IN THE MATTER OF SILVIA A. BRANDON–PEREZ, AN ATTORNEY AT LAW.

April 3, 1998.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **SILVIA A. BRANDON–PEREZ** of **TOBYHANNA, PENNSYLVANIA,** who was admitted to the bar of this State in 1976, and who was suspended from the practice of law for six months effective May 16, 1997, be restored to the practice of law, effective immediately.